143 F.3d 1272w
 49 Fed. R. Evid. Serv. 355, 98 Cal. Daily Op.
Serv. 3632,
98 Daily Journal D.A.R. 4983
UNITED STATES of America, Plaintiff-Appellee,
v.
Bernard Vincent MONTGOMERY, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Lloyd Raymond BUXTON, Defendant-Appellant.
 Nos. 97-30142, 97-30163.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 3, 1998.
Decided May 13, 1998.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION